```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Art Exhibitions, Inc.,

               Plaintiff,

      –v–

Kuhn & Bulow Italia Versicherungsmakler GmbH,
*et al.*,

               Defendants.

20-CV-1395 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Within one week of the date of this order, Plantiff is hereby ordered to give a status

update regarding service on Defendants.

The initial pre-trial conference currently scheduled for June 12, 2020 is hereby adjourned

to July 17, 2020 at 3:15 p.m.

     SO ORDERED.

Dated: June __3__, 2020
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge

1