USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Global Art Exhibitions, Inc.,

                Plaintiff,

                –v–

Kuhn & Bulow Italia Versicherungsmakler GmbH, *et al.*,

                Defendants.

20-CV-1395 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

      In light of the status update on service, the initial pre-trial conference currently scheduled for July 17, 2020 is hereby adjourned *sine die*. Plaintiff should file a status update on service by September 15, 2020 or once Plaintiff has filed proof service on each Defendant, whichever is earlier.

      SO ORDERED.

Dated: June __19__, 2020
       New York, New York

                                            ALISON J. NATHAN
                                       United States District Judge