# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

**BENJAMIN Y. KAUFMAN.**
DIRECT DIAL: 212-545-4650
FACSIMILE: 212-686-0114
kaufman@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

111 WEST JACKSON
SUITE 1700
CHICAGO, IL 60604
312-391-5059

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020

December 11, 2020

**Via ECF**
Hon. Alison J. Nathan
United States District Court
Southern District Of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Global Art Exhibitions, Inc. v. Kuhn & Bülow Italia Insurance Broker GmbH, et al.*, No. 20-1395-AJN

Dear Judge Nathan:

We represent Plaintiff Global Art Exhibitions, Inc., in the above-referenced action. Plaintiff's opposition to the Insurer Defendants' motion to dismiss (the "Motion") is currently due on or before December 23, 2020 and the Insurer Defendants' reply is due January 22, 2021.

Due to conflicts that have recently arisen and in view of the upcoming holidays, we write with the consent of the Insurer Defendants to request an extension of the current briefing schedule. Accordingly, we respectfully request that the Court endorse the following schedule:

1. Plaintiff shall file its opposition to the Motion, if any, on or before January 7, 2021.

2. Insurer Defendants shall file their reply in further support of the Motion, if any, on or before February 5, 2021.

We thank the Court for its time and consideration.

Respectfully yours,

Benjamin Y. Kaufman

SO ORDERED.

SO ORDERED.  12/14/2020
ALISON J. NATHAN, U.S.D.J.

cc: David Berman, Esq. (via ECF)
Andreas Frischknecht, Esq. (via ECF)
Mark C. Rifkin, Esq. (via ECF)