```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2/14243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Art Exhibitions, Inc.,

         Plaintiff,

–v–

Kuhn & Bulow Italia Versicherungsmakler GmbH, *et al.*,

         Defendants.

20-cv-1395 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 14, 2020, the Defendants filed a motion to dismiss (Dkt. No. 44). The Plaintiff subsequently amended its complaint. The Defendants then filed a new motion to dismiss, which appears to have been duplicated on the docket (Dkt. No. 62). The Court thus administratively DENIES the motions at Dkt. Nos. 44 and 62. The Defendants' motion to dismiss at Dkt. No. 64 remains pending.

    This resolves Dkt. Nos. 44 and 62.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge