```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
```

GLOBAL ART EXHIBITIONS, INC.,

                Plaintiff,

      -against-

KUHN & BÜLOW ITALIA
VERSICHERUNGSMAKLER GMBH,
ERGO VERSICHERUNGS AG,
MANNHEIMER VERSICHERUNG AG,
BASLER SACHVERSICHERUNGS-AG,
HELVETIA SCHWEIZERISCHE
VERSICHERUNGSGESELLSCHAFT IN
LIECHTENSTEIN AG, and GOTHAER
ALLGEMEINE VERSICHERUNG AG,

                Defendants.

```
--------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  1/21/2022

20-CV-1395 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court notes that the five defendant insurance companies in this case ("Insurer Defendants") are now in compliance with New York Insurance Law § 1213(c), as ERGO Versicherungs AG has deposited $2,841,750 with the Clerk of Court. Insurer Defendants' counsel has also provided substantiation of those defendants' good-faith efforts to comply with the applicable deadline for posting security. (ECF Nos. 103, 103-1.)

      The Court will rule in due course on the grounds for Insurer Defendants' motion to dismiss (ECF No. 64) on which consideration was withheld pending Insurer Defendants' compliance with New York Insurance Law § 1213(c).

      SO ORDERED.

Dated: New York, New York
       January 21, 2022

                                                  */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                   United States District Judge