# CHAFFETZ LINDSEY

1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019
MAIN: +1 212 257 6960 | FAX: +1 212 257 6950

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/22

A. FRISCHKNECHT, PARTNER
DIRECT: +1 212 257 6965
A.FRISCHKNECHT@CHAFFETZLINDSEY.COM

March 14, 2022

**By ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Global Art Exhibitions, Inc. v. Kuhn & Bulow Italia Insurance Broker GmbH et al.*,
No. 1:20-cv-01395-KMW

Dear Judge Wood:

**MEMO ENDORSED**

This firm represents Defendants ERGO Versicherungs AG, Mannheimer Versicherung AG, Basler Sachversicherungs-AG, Helvetia Schweizerische Versicherungsgesellschaft in Liechtenstein AG, and Gothaer Allgemeine Versicherung AG (collectively, the "Insurer Defendants") in this action.

By Order dated March 5, 2022 (ECF No. 113), Your Honor directed the parties to submit supplemental affidavits from their respective German law experts by March 18, 2022. I now write to request a one-week extension of that deadline until March 25, 2022. The reason for this request is that the Insurer Defendants' German law expert for the past several days has been (and currently remains) ill and unable to work.[1]

*Granted.*
*KMW*

---

[1] This is the same German law expert who previously submitted two expert declarations in this case. However, for reasons of privacy, we have not identified our clients' German law expert by name in this letter.

HON. KIMBA M. WOOD
MARCH 14, 2022
PAGE 2 OF 2

CHAFFETZ LINDSEY LLP

      This is the Insurer Defendants' first request for an extension, and Plaintiff consents to our request. We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Andreas A. Frischknecht*

Andreas A. Frischknecht

Cc:    Counsel for Plaintiff (by ECF)

SO ORDERED, N.Y., N.Y.  3/15/22

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
U.S.D.J.