UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GLOBAL ART EXHIBITIONS, INC.,

                    Plaintiff,

       -against-

KUHN & BÜLOW ITALIA
VERSICHERUNGSMAKLER GMBH,
ERGO VERSICHERUNGS AG,
MANNHEIMER VERSICHERUNG AG,
BASLER SACHVERSICHERUNGS-AG,
HELVETIA SCHWEIZERISCHE
VERSICHERUNGSGESELLSCHAFT IN
LIECHTENSTEIN AG, and GOTHAER
ALLGEMEINE VERSICHERUNG AG,

                    Defendants.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2022

20-CV-1395 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Insurer Defendants ERGO Versicherungs AG, Mannheimer Versicherung AG, Basler Sachversicherungs-AG, Helvetia Schweizerische Versicherungsgesellschaft in Liechtenstein AG, and Gothaer Allegemeine Versicherung AG have moved to dismiss Plaintiff Global Art Exhibitions, Inc.'s claims against them. (ECF No. 64.) On November 16, 2021, the Court granted in part and denied in part the motion on the asserted ground that the Court lacked personal jurisdiction. (ECF No. 93.) The Court withheld consideration of the remaining grounds for the motion until such time as Insurer Defendants came into compliance with New York Insurance Law § 1213(c), which they have now done. (*See* ECF No. 105.)

      The Court has considered the remaining grounds on which Insurer Defendants seek to dismiss Plaintiff's claims, including asserted lack of ripeness, *forum non conveniens*, and failure to state a claim upon which relief can be granted. The remainder of Insurer Defendants' motion

to dismiss is DENIED.  An opinion setting forth the Court's reasoning will follow.

The Clerk of Court is respectfully directed to terminate all pending motions in this case.

SO ORDERED.

Dated: New York, New York
March 31, 2022

/s/ *Kimba M. Wood*
KIMBA M. WOOD
United States District Judge