UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GLOBAL ART EXHIBITIONS, INC.,

                  Plaintiff,

    -against-

KUHN & BÜLOW ITALIA
VERSICHERUNGSMAKLER GMBH,
ERGO VERSICHERUNGS AG,
MANNHEIMER VERSICHERUNG AG,
BASLER SACHVERSICHERUNGS-AG,
HELVETIA SCHWEIZERISCHE
VERSICHERUNGSGESELLSCHAFT IN
LIECHTENSTEIN AG, and GOTHAER
ALLGEMEINE VERSICHERUNG AG,

                  Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/12/2022

20-CV-1395 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Initial Pretrial Conference in the above-captioned case, scheduled for July 20, 2022 at 2 p.m., will be held remotely via Microsoft Teams.

      Members of the press and public who wish to join the proceeding may dial 646-453-4442 and enter Conference ID 151 374 174, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

      SO ORDERED.

Dated:  New York, New York
          July 12, 2022

                                                            /s/ Kimba M. Wood
                                                           KIMBA M. WOOD
                                                        United States District Judge