```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GLOBAL ART EXHIBITIONS, INC.,

               Plaintiff,

    -against-

KUHN & BÜLOW ITALIA
VERSICHERUNGSMAKLER GMBH,
ERGO VERSICHERUNGS AG,
MANNHEIMER VERSICHERUNG AG,
BASLER SACHVERSICHERUNGS-AG,
HELVETIA SCHWEIZERISCHE
VERSICHERUNGSGESELLSCHAFT IN
LIECHTENSTEIN AG, and GOTHAER
ALLGEMEINE VERSICHERUNG AG,

               Defendants.
---------------------------------------------------------X

20-CV-1395 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    WHEREAS, on September 22, 2022, the Court was advised that, through mediation, an agreement was reached on all issues (*see* ECF No. 141);

    IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are cancelled.

    IT IS FURTHER ORDERED that this case is DISMISSED and discontinued without costs, including attorneys' fees, to either party. The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.

    Within thirty days of this Order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within thirty days. Any request filed after thirty days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit within the same thirty-day period their settlement agreement to the Court in accordance with Rule 7 of the Court's Individual Practices. The Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either expressly state that the Court retains jurisdiction to enforce the agreement or incorporate the terms of the settlement agreement in the order.

The Clerk is respectfully directed to terminate all open motions and to close the case.

SO ORDERED.

Dated: New York, New York
September 27, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge